UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 07-34983 |
|---|---|
| MARGIE L RUTLEDGE | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4083103**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 3/ 7 | DIGESTIVE SPECIALIST INC<br>999 BRUBAKER DR<br>DAYTON, OH  45429 | 4.95 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 6/13/2011

Certificate of Service 07-34983

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

MARGIE L RUTLEDGE
241 HURON AVENUE
DAYTON, OH 45417

JEFFREY P ALBERT
4403 N MAIN ST
DAYTON, OH 45405

(7.1)
DIGESTIVE SPECIALIST INC
999 BRUBAKER DR
DAYTON, OH 45429

(19.1n)
HOUSEHOLD BANK SB NA
BASS & ASSOCIATES PC
3936 E FT LOWELL RD SUITE 200
TUCSON, AZ 85712

(22.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA 23541

(23.1n)
PRA RECEIVABLES MANAGEMENT LLC
AGENT OF PORTFOLIO RECOVERY
BOX 41067
NORFOLK, VA 23541

Jeffrey M. Kellner BY     /s/ Jeffrey M. Kellner     sv